1 | JERRY S. BUSBY
Nevada Bar #001107
2 | ANDRE T. MARQUES
Nevada Bar #014737
3 | COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
4 | Las Vegas, Nevada 89102
(702) 366-1125
5 | FAX: (702) 366-1857
jbusby@cooperlevenson.com
6 | amarques@cooperlevenson.com

7 | Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH RENKERT-DUE, an individual; | Case No. 2:22-cv-00975-CDS-BNW |
| Plaintiff, | |
| vs. | ORDER GRANTING **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SMITH'S FOOD & DRUGS CENTERS, INC. d/b/a/ SMITH'S #358, an Ohio corporation; DOES 1 through 10, ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | |
| Defendants. | |

WHEREAS, the parties and their counsel of record participated in a private mediation which led to Plaintiff accepting Defendant's Offer of Judgment to resolve all issues in this case;

IT IS HEREBY STIPULATED AND AGREED by and between VICTORIA R. ALLEN, ESQ. of the law firm, CHRISTIAN MORRIS TRIAL ATTORNEYS, counsel for Plaintiff, DEBORAH RENKERT-DUE and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. as follows:

1. Plaintiff DEBORAH RENKERT-DUE'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

CLAC 7503136.1

2. That any pending Court ordered deadlines or hearings be vacated.

DATED this 5th day of July, 2023.          DATED this 5th day of July, 2023.

CHRISTIAN MORRIS TRIAL ATTORNEYS          COOPER LEVENSON, P.A.

/s/                                        /s/ Jerry S. Busby
CHRISTIAN M. MORRIS, ESQ.                  JERRY S. BUSBY, ESQ
Nevada Bar No. 11218                       Nevada Bar No. 1107
VICTORIA R. ALLEN, ESQ.                    ANDRE T. MARQUES
Nevada Bar No. 15005                       Nevada Bar No. 014737
2250 Corporate Circle – Suite 390          3016 W Charleston Blvd, #195
Las Vegas, NV 89074                        Las Vegas, NV 89102
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
DEBORAH RENKERT-DUE                        SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

**IT IS SO ORDERED.** Case dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 7, 2023

CLAC 7503136.1